Form 237

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Edward T. Spiker** | : | Case No. 15–24314–JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| JPMorgan Chase Bank, N.A. | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 5 |
| v. | : | |
| Edward T. Spiker | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

**ORDER**

      **AND NOW**, this **6th day of January, 2017,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***JPMorgan Chase Bank, N.A.*** at Claim No. 5 in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1)    an ***AMENDED CHAPTER 13 PLAN;***

(2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

      Jeffery A. Deller
      United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-24314-JAD
Edward T. Spiker                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Jan 06, 2017
                       Form ID: 237    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.
db          +Edward T. Spiker,    117 Noblestown Road,    Carnegie, PA 15106-1301
14203588    +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
              Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
       agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Bryan P. Keenan    on behalf of Debtor Edward T. Spiker keenan662@gmail.com,    melindap662@gmail.com
      James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
       bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                          TOTAL: 6