FILED
6/5/20 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-24314-JAD |
| **Edward T. Spiker** | ) | |
| Debtor | ) | Chapter 13 |
| **Edward T. Spiker** | ) | |
| Movant | ) | Related To. Doc. No. 54 |
| v. | ) | |
| No Respondent | ) | |

### ORDER ON MOTION TO APPROVE POST PETITION VEHICLE FINANCING
### WITH THE CONSENT FROM THE CHAPTER 13 TRUSTEE

**AND NOW**, this 5th of June, 2020 upon consideration of the Motion of the debtor, **Edward T. Spiker**, it is hereby ORDERED THAT the movants request for approval of post petition transaction for the purpose of securing an automobile is approved subject to the following guidelines:

a) for a term up to 72 months;

b) In an amount not to exceed $20,000.00;

c) With payments up to $400.00 per month outside of the plan;

e) The treatment of other creditors shall not be changed as a result of the financing;

f) The relief granted by this order shall survive the conversion of this bankruptcy case to another.

BY THE COURT:

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

/s/ Kate DeSimone
Kate DeSimone, Esquire, PA I.D. 42575
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA 15219
(412) 471-5566
E-mail: kdesimone @chapter13trusteewdpa.com

/s/ Bryan P. Keenan
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Edward T. Spiker  
    Debtor

Case No. 15-24314-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Jun 05, 2020  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
```
db          +Edward T. Spiker,    117 Noblestown Road,    Carnegie, PA 15106-1301
            +Kate DeSimone, Esq.,    c/o Office of the Ch. 13 Trustee,    US Steel Towe Suite 3250,
              600 Grant Street,    Pittsburgh, PA 15219-2702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          Bryan P. Keenan    on behalf of Debtor Edward T. Spiker keenan662@gmail.com,    melindap662@gmail.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pabk@logs.com
          Kristen D. Little    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pabk@logs.com,    klittle@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```