IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 15-24314-JAD** |
| **Edward T. Spiker** | ) | **Chapter 13** |
|    **Debtor** | ) | **Doc. No.** |
| **Edward T. Spiker** | ) | |
|    **Movant** | ) | **Related to Claim No. 5** |
|    **No Respondent(s)** | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   **The Debtor is not required to pay any Domestic Support Obligations**

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On **January 11, 2016**, at docket number **22**, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*

   **Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.**

Date: **December 3, 2020**                    /s/ Bryan P. Keenan
                                              Bryan P. Keenan, PA ID No. 89053
                                              Bryan P. Keenan & Associates P.C.
                                              **Attorneys for Debtor**
                                              **993 Greentree Road, Suite 101**
                                              **Pittsburgh, PA 15220**
                                              **(412) 922-5116**
                                              **keenan662@gmail.com**

**PAWB Local Form 24 (07/13)**