FILED
12/2/20 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

EDWARD T. SPIKER

         Debtor(s)

Ronda J. Winnecour, Trustee
  Movant
     vs.
EDWARD T. SPIKER


       Respondents

Bankruptcy No.15-24314JAD

Chapter 13

Related To Doc. No. 61

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 2nd day of December, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

> PCNS LLC
> Attn: Payroll Manager
> 109 Nicholoson Rd
> Sewickley, PA 15143

is hereby ordered to immediately terminate the attachment of the wages of EDWARD T. SPIKER, social security number XXX-XX-0131. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of EDWARD T. SPIKER.

BY THE COURT:

_____ mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-24314-JAD

Edward T. Spiker                                                          Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: msch                                    Page 1 of 2

Date Rcvd: Dec 02, 2020                 Form ID: pdf900                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

**Recip ID**             **Recipient Name and Address**
db                   \+  Edward T. Spiker, 117 Noblestown Road, Carnegie, PA 15106-1301
                     \+  PCNS LLC, Attn: HR / Payroll Manager, 109 Nicholoson Road, Sewickley, PA 15143-9515

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020                      Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

**Name**                 **Email Address**

Andrew F Gornall
                         on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com

Brian Nicholas
                         on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com

Bryan P. Keenan
                         on behalf of Debtor Edward T. Spiker keenan662@gmail.com  melindap662@gmail.com

Kevin Scott Frankel
                         on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com

Kristen D. Little
                         on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 8