**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/24/21 4:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    EDWARD T. SPIKER

            Debtor(s)

    Ronda J. Winnecour
            Movant
         vs.
    No Repondents.

**DEFAULT O/E JAD**

Case No. 15-24314-JAD

Chapter 13

Related To Doc. No. 68

**ORDER OF COURT**

    AND NOW, this 24th day of February, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

JEFFERY A. DELLER    mas
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 15-24314-JAD
Edward T. Spiker  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: culy  Page 1 of 3
Date Rcvd: Feb 24, 2021  Form ID: pdf900  Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward T. Spiker, 117 Noblestown Road, Carnegie, PA 15106-1301 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14143378 | | Chase, PO Box 24696, Carnegie, PA 15106 |
| 14143379 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 15179053 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14152252 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14178686 | + | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 25 2021 02:46:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2021 02:24:33 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: bncmail@w-legal.com | Feb 25 2021 02:54:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14143383 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 25 2021 02:46:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd Ms: Rjw-135, Warwick, RI 02886 |
| 14168488 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2021 02:47:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14939023 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 25 2021 02:46:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14203588 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 25 2021 02:24:27 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14143380 | + | Email/PDF: pa_dc_claims@navient.com | Feb 25 2021 02:24:33 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14143381 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:24:32 | Portfolio Recovery, Attn: Bankruptcy, Re: Citibank N.A., Po Box 41067, Norfolk, VA 23541 |
| 14143382 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:18:40 | Portfolio Recovery Associates LLC, c/o Robert M. Polas Jr., Esquire, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14153560 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2021 02:21:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

Case 15-24314-JAD    Doc 75    Filed 02/26/21    Entered 02/27/21 00:43:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: culy | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2021 | Form ID: pdf900 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 14145166 | | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2021 02:24:33 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952551 | + | Email/Text: bncmail@w-legal.com | Feb 25 2021 02:54:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14871013 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 25 2021 02:46:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Edward T. Spiker keenan662@gmail.com  melindap662@gmail.com |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com |
| Kristen D. Little | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2 User: culy Page 3 of 3
Date Rcvd: Feb 24, 2021 Form ID: pdf900 Total Noticed: 22

TOTAL: 9